[No. 27228-8-II. Division Two. October 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BOBBY JOE SHAW, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-1-01214-8, Gary Tabor and Wm. Thomas Mcphee, JJ., entered April 18, 2001. *Reversed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Armstrong, JJ.

[No. 27564-3-II. Division Two. October 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. KOLLIN LORIK FOLSOM, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 99-1-02107-0, John F. Nichols, J., entered July 2, 2001. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 28289-5-II. Division Two. October 21, 2003.]

PAM MOLITOR, *Appellant*, v. NATIONAL GENERAL INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 00-2-00554-4, Daniel J. Berschauer, J., entered January 14, 2002. *Affirmed* by unpublished opinion per Quinn-Brintnall, A.C.J., concurred in by Morgan and Houghton, JJ.

[No. 28347-6-II. Division Two. October 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT KENNETH TYLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-00164-9, Bryan E. Chushcoff, J., entered January 14, 2002. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Quinn-Brintnall, A.C.J., and Bridgewater, J.